Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

**In re:**

**FISCA OIL CO., INC.**  **Case No. 09-21519-PP**
**Chapter 11**
**Hon Pamela Pepper**

**Debtor.**

**PROPOSED ORDER APPROVING THE CHAPTER 11 TRUSTEE'S
FINAL REPORT AND GRANTING THE MOTION TO APPROVE
DISBURSEMENTS AND CLOSE CASE**

Upon the Chapter 11 Trustee's Final Report and Motion to Approve Disbursements and Close Case ("Motion"); and the Court having reviewed the moving papers, together with all records, files and proceedings had herein; and the Court being duly advised in the premises; NOW, THEREFORE,

FOUND, CONCLUDED AND DECLARED THAT:

A.  Good and sufficient notice of the Chapter 11 Trustee's Final Report and Motion to Approve Disbursements and Close Case has been given and no other or further notice is

required. A reasonable opportunity to object or be heard regarding the relief requested in the Motion has been afforded to parties-in-interest and all objections have been resolved.

B. The relief sought in the Motion is warranted.

ORDERED, ADJUDGED AND DECREED THAT:

1. The Final Report of Seth E. Dizard, as Chapter 11 Trustee for the debtor Fisca Oil Co., Inc., ("Trustee") is accepted and approved.

2. The Trustee's 11 U.S.C. § 326(a) commission as detailed in the Motion is authorized and approved.

3. The Trustee is authorized to make the following final disbursements out of the remaining cash assets of the bankruptcy estate of Fisca Oil Co., Inc. (the "Estate") to the following administrative claimants in this case (the "Final Disbursements"):

   (a) Cross Oil Company, with a Final Disbursement of $55,315.03.
   (b) Energy Petroleum Company, with a Final Disbursement of $32,966.97.
   (c) The Missouri Department of Revenue, with a Final Disbursement of $26,506.22.
   (d) Whyte Hirschboeck Dudek S.C., with a Final Disbursement of $32,543.69.
   (e) Paul A. Rodrigues, with a Final Disbursement of $6,198.28.
   (f) O'Neil Cannon Hollman DeJong & Laing S.C., with a Final Disbursement of $23,034.41.

4. The Trustee, upon completing the Final Disbursements and tendering the final payment of $1,950.00 owed to the United States Trustee, is authorized to distribute $21,263.59 from the assets of the Estate to the Trustee as his payment of the approved and authorized § 326(a) commission and approved and authorized expenses

5. The Trustee's actions in this case are approved and ratified.

6. The Trustee, upon full disbursement of the remaining assets of the Estate is discharged as the Trustee.

7. The case is dismissed pending the full disbursement of the remaining assets of the Estate in accordance with this Order.

8. The case is closed upon dismissal.

9. Entry of this Order shall not prejudice the Trustee's right to reopen this case pursuant to 11 U.S.C. § 350(b).

# # #