IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

**In re:**

**FISCA OIL CO., INC.**  Case No. 09-21519-PP
Chapter 11
Hon Pamela Pepper

**Debtor.**

### NOTICE OF CHAPTER 11 TRUSTEE'S FINAL REPORT AND MOTION TO APPROVE DISBURSEMENTS AND CLOSE CASE

TO: Interested Parties

PLEASE TAKE NOTICE that Seth E. Dizard, Esq., in his capacity as the chapter 11 Trustee ("Trustee") in the above-captioned case, has filed the Chapter 11 Trustee's Final Report and Motion to Approve Disbursements and Close Case (the "Motion"). A copy of the Motion and the Proposed Order is attached.

PLEASE TAKE FURTHER NOTICE that a hearing has been scheduled by the Court on the 4th day of December, 2013, at 1:30 P.M., at the United States Bankruptcy Court for the Eastern District of Wisconsin, 149 U.S. Courthouse, 517 Wisconsin Avenue, Milwaukee, WI 53202, to consider approval of the Application (the "Hearing").

**Your rights may be affected. You should read the attached papers and those referenced herein carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney you may wish to consult one.**

Seth E. Dizard
O'NEIL CANNON HOLLMAN DEJONG & LAING S.C.
111 E. Wisconsin Avenue, Suite 1400
Milwaukee, Wisconsin 53202-4870
Telephone: (414) 276-5000
Facsimile: (414) 276-6581
Email: seth.dizard@wilaw.com

If you do not want the Court to grant relief requested in the Motion, or if you would like the Court to consider your views on it, then within 21 days of the date of this notice you or your attorney must

1. File with the court a written objection to the Motion at:

    Clerk, U.S. Bankruptcy Court
    Room 126, Federal Courthouse
    517 E. Wisconsin Avenue
    Milwaukee, WI 53202

2. If you mail your objection to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

    You must also mail a copy to:

    Seth E. Dizard, Esq.
    O'Neil Cannon Hollman DeJong & Laing, S.C.
    111 E. Wisconsin Avenue
    Suite 1400
    Milwaukee, WI 53202-4870

If you mail your Response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. Should you object to the Motion, you must also attend the Hearing. If you, or your attorney, do not take the steps outlined above, the Court may decide that you do not oppose the Motion and may enter an order approving it without further notice or hearing.

Dated this 8th day of November, 2013.

/s/ Seth E. Dixard
Seth E. Dizard
Seth.dizard@wilaw.com
State Bar No. 1025871
Chapter 11 Trustee
O'Neil, Cannon, Hollman, DeJong & Laing S.C.
111 E. Wisconsin Ave., Suite 1400
Milwaukee, WI 53202-4870
(414) 276-5000
Fax: (414) 276-6581

2

Case 09-21519-pp    Doc 444-2    Filed 11/08/13    Page 2 of 2