IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

**In re:**

**FISCA OIL CO., INC.**  Case No. 09-21519-PP
Chapter 11
Hon Pamela Pepper

**Debtor.**

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2013, I electronically filed the following documents with the Clerk of the United States District Court for the Eastern District of Wisconsin using the ECF filing system in the above-captioned proceeding:

1. The Chapter 11 Trustee's Final Report and Motion to Approve Disbursements and Close Case.

2. The Proposed Order.

3. Notice of the Motion.

Copies of the above documents have been electronically served upon all parties set to receive notification in this case via the Court's ECF System.

Additionally, copies of the above documents have also been served by U.S. mail upon the parties identified on the Creditor's Mailing Matrix, as limited by this Court's Order dated September 21, 2012, in the above-referenced action and those specific creditors noted in the pleadings related to the above Order.

Seth E. Dizard
O'NEIL CANNON HOLLMAN DEJONG & LAING S.C.
111 E. Wisconsin Avenue, Suite 1400
Milwaukee, Wisconsin 53202-4870
Telephone: (414) 276-5000
Facsimile: (414) 276-6581
Email: seth.dizard@wilaw.com

Dated this 8th day of November, 2013.

        /s/ Seth E. Dixard
Seth E. Dizard
Seth.dizard@wilaw.com
State Bar No. 1025871
Chapter 11 Trustee
O'Neil, Cannon, Hollman, DeJong & Laing S.C.
111 E. Wisconsin Ave., Suite 1400
Milwaukee, WI 53202-4870
(414) 276-5000
Fax: (414) 276-6581