THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: December 12, 2013



Pamela Pepper
Chief United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

**In re:**

**FISCA OIL CO., INC.**          Case No. 09-21519-PP
                                 **Chapter 11**
                                 **Hon Pamela Pepper**

         **Debtor.**

**ORDER APPROVING THE CHAPTER 11 TRUSTEE'S ACTIONS, DISCHARGING
THE TRUSTEE, DISMISSING THE CASE AND CLOSING THE CASE**

Upon the Chapter 11 Trustee's Final Report and Motion to Approve Disbursements and Close Case ("Motion"); and the Court having reviewed the moving papers, together with all records, files and proceedings had herein; and the Court being duly advised in the premises; NOW, THEREFORE,

FOUND, CONCLUDED AND DECLARED THAT:

A.    Good and sufficient notice of the Chapter 11 Trustee's Final Report and Motion to Approve Disbursements and Close Case has been given and no other or further notice is

required. A reasonable opportunity to object or be heard regarding the relief requested in the Motion has been afforded to parties-in-interest and all objections have been resolved. The Chapter 11 Trustee has disbursed all funds remaining in the Estate pursuant to this Court's Order dated December 6, 2013.

    B.    The relief sought in the Motion is warranted.

ORDERED, ADJUDGED AND DECREED THAT:

1. The Trustee's actions in this case are approved and ratified.
2. The Trustee is discharged as the Trustee.
3. The case is dismissed and closed.
4. Entry of this Order shall not prejudice the Trustee's right to reopen this case pursuant to 11 U.S.C. § 350(b).

# # #